**Local Form 4A**                                                                                                         **June 2015**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

In re:                                                    )
                                                          )  Case No. **15-40495**
    **Patricia Ann Wilson**                  )
    **SSN: XXX-XX-5405**                      )
                                                          )
TIN:                                                      )  Chapter 13
                                                          )
            Debtor(s).            )

### _AMENDMENT TO:_

CHAPTER 13 PLAN, INCLUDING NOTICE OF MOTION(S) FOR VALUATION;
MOTION(S) TO AVOID CERTAIN LIENS; MOTION(S) FOR ASSUMPTION AND
REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND
NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN
INCLUDING ALL MATTERS AS SET FORTH IN THE PLAN,
FOR CASES FILED ON OR AFTER June 1, 2015

Check for motions applicable to this plan amendment:

- [ ] **Motion to Value Liens Includes Valuation of Property Securing A Claim**
- [ ] **Motion to Value Liens includes Valuation of Property Securing A Claim in an Amount Less than the Amount of the Claim**
- [ ] **Motion to Avoid Liens §522(f)**
- [ ] **Motion to Assume Executory Contracts(s) and Unexpired Leases**
- [ ] **Motion to Reject Executory Contract(s) and Unexpired Leases**
- [x] **No motions applicable to this plan amendment**

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

**The Plan caption should have identified the case number, which is as follows: 15-40495.**


TAKE NOTICE: Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained in the amended plan, and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

    If you do not want the Court to confirm the proposed plan of the debtor or debtors ("Debtor") as amended, including any of the motions included in the amended plan, or if you want the Court to consider your views on these matters, then you or your attorney must file with the Court a written objection to confirmation and request for hearing on confirmation at the following addresses:

    Cases filed in the **Charlotte, Shelby or Statesville** Divisions:

    Clerk, U.S. Bankruptcy Court, 401 W. Trade St, Room 111, Charlotte, NC 28202

    Cases filed in the **Asheville or Bryson City** Divisions:

    Clerk, U.S. Bankruptcy Court, Room 112, 100 Otis Street, Asheville, N.C. 28801

     Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 14 days following the conclusion of the § 341 meeting of creditors, or within 14 days of service of the amendment, whichever is later. If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above. You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors. The Debtor's attorney and the Chapter 13 Trustee will be served electronically. If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing. No hearing will be held unless an objection to confirmation is filed.

     If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended, including any motions contained in the amended plan, and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).**

     I declare under penalty of perjury that the information provided in the Amendment to Chapter 13 Plan, including Notice of Motion(s) for Valuation; Motion(s) to Avoid Certain Liens; and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Leases; are true and correct as to all matters set forth herein.

Dated: **November 23, 2015**        /s/ **Patricia Ann Wilson**
     **Patricia Ann Wilson**
     Debtor's Signature

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

Dated: **November 23, 2015**        /s/ **Melanie Tarrant Bull**
     **Melanie Tarrant Bull 35604**
     Attorney for Debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

In re:                                                              )
    **Patricia Ann Wilson**                                  )      Case No. **15-40495**
    **SSN: XXX-XX-5405**                                     )
                                                                    )
                                                                    )
                                                                    )      Chapter 13
                                                                    )
    Debtor(s)                                                )

# CERTIFICATE OF SERVICE

    Melanie Tarrant Bull, attorney for the debtor, hereby certifies to the Court as follows:
1.     I am not a party for the foregoing proceeding;
2.     I am not less than 18 years of age;
3.     I have this day served a copy of the foregoing **DEBTOR'S AMENDED CHAPTER 13 PLAN** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

**Bank of America**
**P.O. Box 982235**
**El Paso, TX 79998-2235**

**Civil Processing Clerk**
**United States Attorney**
**401 West Trade Street**
**Charlotte, NC 28202**

**Coastal Financial, LLC**
**1055 Parsippany Blvd., Suite 200**
**Parsippany, NJ 07054**

**George Wilson**
**1215 River Hill Trail**
**Lincolnton, NC 28092**

**GM Financial**
**P.O. Box 183834**
**Arlington, TX 76096**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Lincoln County Tax Office**
**P.O. Box 938**
**Lincolnton, NC 28093**

**NC Department of Commerce**
**Division of Employment Security**
**P.O. Box 26504**
**Raleigh, NC 27611**

**NC Department of Revenue**
**P.O. Box 25000**
**Raleigh, NC 27640**

**Santander**
**P.O. Box 961245**
**Fort Worth, TX 76161-1245**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**United Consumer Financial**
**P.O. Box 856290**
**Louisville, KY 40285**

**United States Attorney General**
**950 Pennsylvania Ave.**
**Washington, DC 20530**

**Wells Fargo Home Mortgage**
**Return Mail Operations**
**P.O. Box 14411**
**Des Moines, IA 50306-3411**

This    **November 23, 2015**　　　　　　　　　　　　　　　　**/s/ Melanie Tarrant Bull**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Melanie Tarrant Bull 35604**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**1508 South York Road**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gastonia, NC 28052**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**35604**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy